# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABETTE NICKLESS-PURCELL,<br><br>Plaintiff,<br><br>v.<br><br>THE RMR GROUP LLC,<br><br>Defendant. | Case No. 24-cv-01718-BAS-DTF<br><br>**ORDER REQUIRING DEFENDANT TO IDENTIFY ABP TRUSTEE(S) AND CITIZENSHIP OF ABP TRUSTEE(S)** |

The Court is preparing to rule on Defendant The RMR Group LLC's Motion to Compel Arbitration. (ECF No. 5.) The Court's analysis of its subject matter jurisdiction is incomplete, however.

Defendant removed this case to federal court under 28 U.S.C. § 1332 diversity jurisdiction. (ECF No. 1.) Defendant is a Limited Liability Company ("LLC"). "[A]n LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

In its Notice of Removal, Defendant listed ABP Trust as one of its LLC members. (ECF No. 1.) Defendant's subsequent Notice of Party with Financial Interest, however, stated only that ABP Trust is "owned" by another trust. (ECF No. 2.)

Under Ninth Circuit case law, "[a] trust has the citizenship of its trustee or trustees." *Johnson*, 437 F.3d at 899 (citing *Navarro Sav. Ass'n v. Lee*, 446 U.S. 458 (1980)). Without information on ABP Trust's trustee(s) and the trustee(s)' citizenship, the Court cannot

confirm complete diversity. Providing this information will also bring Defendant in compliance with Federal Rule of Civil Procedure 7.1(a)(2).

The Court **ORDERS** Defendant to either file an amended Notice of Party with Financial Interest under Rule 7.1(a)(2) or file a response on the docket specifying (a) the trustee(s) of the ABP Trust as well as (b) the citizenship of the trustee(s) of the ABP Trust. To emphasize, if a trust or another entity is the trustee of the ABP Trust, Defendant should identify that trustee's citizenship. **The amendment or response shall be filed on or before Friday, September 19, 2025.**

**IT IS SO ORDERED.**

DATED: September 15, 2025

*[signature: Cynthia Bashant]*

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**